UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80890-LEIBOWITZ/MCCABE

**CAMERON REGO,**

    *Plaintiff*,

v.

**HIGH RISK ENFORCEMENT, LLC,**
**d/b/a HIGH RISK ENFORCEMENT and**
**LEIWS BROWN,**

    *Defendants.*

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation [ECF No. 37] in which United States Magistrate Judge Ryon McCabe recommends:  (1) granting the parties' Joint Motion for Approval of FLSA Settlement Agreement [ECF No. 30]; (2) approving the parties' settlement agreement as fair and reasonable; (3) dismissing this action with prejudice; and (4) retaining jurisdiction to enforce the parties' settlement agreement and rule on Plaintiff's Motion for Attorney's Fees and Costs.   [*See* ECF No. 37].  The parties have not filed any objections.

Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Magistrate Judge's Report and Recommendation [ECF No. 37] is **AFFIRMED** and **ADOPTED**.

2.     The Joint Motion for Approval of FLSA Settlement Agreement [**ECF No. 30**] is **GRANTED**.

3.     The parties' Settlement Agreement and Release [ECF No. 30-1] is **APPROVED**.

4.     This case is **DISMISSED with prejudice**.

5. The Court will retain jurisdiction over this matter for sixty (60) days for the limited purpose of enforcing the parties' settlement agreement and ruling on Plaintiff's Motion for Attorney's Fees and Costs.

6. *The Clerk* is DIRECTED to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on July 23, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record