UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:24-cv-80890-LEIBOWITZ/MCCABE

**CAMERON REGO,**
    *Plaintiff*,

v.

**HIGH RISK ENFORCEMENT, LLC,**
d/b/a HIGH RISK ENFORCEMENT and
**LEWIS BROWN,**
    *Defendants.*

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation [ECF No. 41] in which United States Magistrate Judge Ryon McCabe recommends granting Plaintiff's Motion for Attorney's Fees and Costs [ECF No. 39]. The parties have not filed any objections. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record and finding no error, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [ECF No. 41] is **AFFIRMED** and **ADOPTED**.

2. Plaintiff's Motion for Attorney's Fees and Costs [**ECF No. 39**] is **GRANTED**.

3. Plaintiff is awarded **$10,920.00** in attorney's fees and **$484.03** in costs.

**DONE AND ORDERED** in the Southern District of Florida on September 25, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record